IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
-----------------------------------------------------------X

In Re

    LEILA BROWN,                                Chapter 13

                       Debtor.            Case No. 5-17-bk-01497-JJT

-----------------------------------------------------------X

## AMENDED CERTIFICATE OF SERVICE

        I, Christy M. DeMelfi, Esquire, attorney for the debtor, duly admitted to practice law in the Middle District of Pennsylvania, hereby certify that on March 13, 2018, a true and correct copy of the First Amended Chapter 13 Plan was served by electronic means/PACER upon the matrix of creditors and by regular first class mail by delivering a true copy thereof to each person or parties designated on the following page by mailing a complete copy of the same in a postage paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service.

Dated: March 16, 2018                                   Yours, etc.

                                                      /s Christy M. DeMelfi
                                                      Christy M. DeMelfi, Esq. (CD-3570)
                                                      *Attorney for the Debtor*
                                                      4 N. Madison St.
                                                      McAdoo, PA 18237
                                                      570-497-5699

| | | |
|---|---|---|
| Credit First NA<br>PO Box 818011<br>Cleveland, OH 44181-8011 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | PNC Bank, N.A.<br>3232 Newmark Drive<br>Miamisburg, OH 45342-5421 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PYOD, LLC its successors and assigns as of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Sallie Mae<br>PO Box 3319<br>Wilmington, DE 19804-4319 | Morris Anthony Scott<br>Udren Law Offices, PC<br>Woodcrest Corporate Center<br>111 Woodcrest Road, Suite 200<br>Cherry Hill, NJ 08003-3620 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | TOYOTA MOTOR CREDIT CORPORATION<br>PO BOX 8026<br>CEDAR RAPIDS IA 52408-8026 | Toyota Motor Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | James Warmbrodt<br>701 Market Street Suite 5000<br>Philadelphia, PA 19106-1541 | PNC Bank Mortgage Service<br>PO Box 8703<br>Dayton, OH 45401 |
| PA Department of Revenue<br>PO Box 280432<br>Harrisburg, PA 17128 | Best Buy/CBNA<br>Sioux Falls, SD 57117 | Capital One Bank NA<br>PO Box 30281<br>Salt Lake City, UT 84130 |
| Chase/Bank One Card Serv<br>PO Box 15298<br>Wilmington, DE 19850 | Citicards CBNA<br>POB 6241<br>Sioux Falls, SD 57117 | Comenity Capital/HSN<br>PO Box 182120<br>Columbus, OH 43218 |
| Credit First Natl Assoc<br>PO Box 81315<br>Cleveland, OH 44181 | DSNB/Bloomingdales<br>PO Box 8218<br>Mason, OH 45040 | DSNC/Macys<br>PO Box 8218<br>Mason, OH 45040 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | SYNCB/Ashley Homestores<br>C/O PO Box 965036<br>Orlando, FL 32896 | SYNCB/JC Penney<br>PO Box 965007<br>Orlando, FL 32896 |

| | | |
|---|---|---|
| SYNCB/Lowes<br>PO Box 965005<br>Orlando, FL 32896 | SYNCB/Old Navy DC<br>PO Box 965005<br>Orlando, FL 32896 | SYNCB/QVC<br>PO Box 965005<br>Orlando, FL 32896 |
| SYNCB/TJX Co PLCCC<br>PO Box 965015<br>Orlando, FL 32896 | SYNCB/Walmart<br>PO Box 965024<br>Orlando, FL 32896 | TD Bank USA/Target Credit<br>PO Box 673<br>Minneapolis, MN 55440 |
| Sallie Mae<br>PO Box 3229<br>Wilmington, DE 19804 | Capital Mgmt Services, LP<br>698 1/2 South Ogden St.<br>Buffalo, NY 14206 | |