United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Leila Brown  
    Debtor

Case No. 17-01497-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 26, 2022      Form ID: 3180W      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leila Brown, 153 Linden Ave., Elmwood Park, NJ 07407-2746 |
| 4924263 | + | 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 4908516 | | Best Buy/CBNA, Sioux Falls, SD 57117 |
| 4908515 | + | PA Department of Revenue, PO Box 280432, Harrisburg, PA 17128-0432 |
| 4908514 | + | PNC Bank Mortgage Service, PO Box 8703, Dayton, OH 45401-8703 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4908535 | + | Email/Text: cms-bk@cms-collect.com | Aug 26 2022 18:47:00 | Capital Mgmt Services, LP, 698 1/2 South Ogden St., Buffalo, NY 14206-2317 |
| 4908517 | + | EDI: CAPITALONE.COM | Aug 26 2022 22:48:00 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 4908519 | + | EDI: CITICORP.COM | Aug 26 2022 22:48:00 | Citicards CBNA, POB 6241, Sioux Falls, SD 57117-6241 |
| 4908520 | + | EDI: WFNNB.COM | Aug 26 2022 22:48:00 | Comenity Capital/HSN, PO Box 182120, Columbus, OH 43218-2120 |
| 4974298 | | EDI: CRFRSTNA.COM | Aug 26 2022 22:48:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 4908521 | + | EDI: CRFRSTNA.COM | Aug 26 2022 22:48:00 | Credit First Natl Assoc, PO Box 81315, Cleveland, OH 44181-0315 |
| 4908533 | | EDI: DISCOVER.COM | Aug 26 2022 22:48:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850 |
| 4908522 | + | EDI: CITICORP.COM | Aug 26 2022 22:48:00 | DSNB/Bloomingdales, PO Box 8218, Mason, OH 45040 |
| 4992159 | | EDI: Q3G.COM | Aug 26 2022 22:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 4957747 | | EDI: DISCOVER.COM | Aug 26 2022 22:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4908524 | + | EDI: AMINFOFP.COM | Aug 26 2022 22:48:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 4908518 | | EDI: JPMORGANCHASE | Aug 26 2022 22:48:00 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850 |
| 4979605 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2022 18:47:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4908929 | + | EDI: RECOVERYCORP.COM | Aug 26 2022 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4989571 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2022 18:51:12 | PYOD, LLC its successors and assigns as assignee, of Citibank, N.A., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 4928288 | + | EDI: PENNDEPTREV | Aug 26 2022 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4928288 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 26 2022 18:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4990967 | | EDI: Q3G.COM | Aug 26 2022 22:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4908525 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/Ashley Homestores, C/O PO Box 965036, Orlando, FL 32896-0001 |
| 4908526 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/JC Penney, PO Box 965007, Orlando, FL 32896-5007 |
| 4908527 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 4908528 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/Old Navy DC, PO Box 965005, Orlando, FL 32896-5005 |
| 4908529 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/QVC, PO Box 965005, Orlando, FL 32896-5005 |
| 4908530 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/TJX Co PLCCC, PO Box 965015, Orlando, FL 32896-5015 |
| 4908531 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | SYNCB/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 4991160 | | EDI: SALLIEMAEBANK.COM | Aug 26 2022 22:48:00 | Sallie Mae, PO Box 3319, Wimington, DE 19804-4319 |
| 4908534 | + | EDI: SALLIEMAEBANK.COM | Aug 26 2022 22:48:00 | Sallie Mae, PO Box 3229, Wilmington, DE 19804-0229 |
| 4990260 | + | EDI: RMSC.COM | Aug 26 2022 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 4908532 | + | EDI: WTRRNBANK.COM | Aug 26 2022 22:48:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 4908513 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 26 2022 18:47:00 | Toyota Motor Credit, 5005 N River Blvd NE, Cedar Rapids, IA 52411 |
| 4966193 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 26 2022 18:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4977912 | | EDI: AIS.COM | Aug 26 2022 22:48:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4908523 | ##+ | DSNC/Macys, PO Box 8218, Mason, OH 45040-8218 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| Date Rcvd: Aug 26, 2022 | Form ID: 3180W | Total Noticed: 36 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christy Marie DeMelfi | on behalf of Debtor 1 Leila Brown christy@demelfilaw.com |
| D. Troy Sellars | on behalf of Asst. U.S. Trustee United States Trustee D.Troy.Sellars@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Morris A Scott | on behalf of Creditor PNC Bank National Association mscott@pincuslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Leila Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN xxx–xx–8569<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____<br>EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:17-bk-01497-MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Leila Brown

8/26/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**